IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 97-20999

---

ARMANDO QUINTERO RAMIREZ,

                                        Plaintiff-Appellant,

    versus

IMMIGRATION AND NATURALIZATION SERVICE;
JANET RENO, U.S. Attorney General;
DORIS MEISSNER, Commissioner of
Immigration and Naturalization Service,

                                        Defendants-Appellees.

---

Appeal from the United States District Court
for the Southern District of Texas
(H-97-CV-1835)

---

April 13, 1999

Before GARWOOD, DAVIS and BARKSDALE, Circuit Judges.[*]

PER CURIAM:

Plaintiff-appellant Armando Quintero Ramirez (Ramirez) brought this action against the Immigration and Naturalization Service (INS) challenging its denial of his application for Temporary Residence as a Special Agricultural Worker. Ramirez is not subject

---

[*]Pursuant to 5TH CIR. R. 47.5 the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

to any deportation or similar order.  This suit is not brought as a putative class action and there is no party plaintiff other than Ramirez individually.  The district court granted the INS's motion to dismiss and entered judgment dismissing the case for lack of subject matter jurisdiction.  Ramirez appeals.

After considering the record, briefs, and argument of counsel, and being essentially in agreement with the reasons orally given by the district court at the hearing on the motion to dismiss, we conclude that the district court's judgment is correct and it is accordingly

AFFIRMED.